1  MCGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Apr 10, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of:                | CASE NO. 2:20-SW-181-CKD
12 | THE CELLULAR TELEPHONE ASSIGNED                 | [PROPOSED] ORDER DELAYING NOTICE
   | CALL NUMBER 209-279-6679                        |
13 |                                                 | **UNDER SEAL**

14

15     The United States has represented that there exists an ongoing investigation into the narcotics

16 trafficking and money laundering activities of the parties named in the application and order, signed

17 February 18, 2020, which authorized agents of Homeland Security Investigations ("HSI") and the

18 Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to ascertain the physical location of the

19 T-Mobile cellular telephone currently assigned: 209-279-6679 ("TARGET CELL PHONE"), including

20 but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the

21 TARGET CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

22     The government has further represented that service of the notice required by Federal Rules of

23 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

24 to the targets.

25     Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

26 be required to serve the notice shall be postponed for 90 days from the date of this Order.

27 / / /

28 / / /

1 | Should the United States seek further postponement of the time within which it must serve the
2 | notice, it shall make further application to this Court.
3 | IT IS SO ORDERED.

Dated: April 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE