1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**
Nov 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of: | ORDER TO UN-SEAL SEARCH WARRANTS |

12                                                 2:19-SW-967-EFB

13 A SILVER PONTIAC G6, WITH LICENSE PLATE 8KDH327, VIN #1G2ZH17N974264283

14                                                 2:20-SW-046-EFB

15 THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 279-6679

16                                                 2:20-SW-048-CKD

17 IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679

20                                                 2:20-SW-055-CKD

21 A White Chevy Equinox, WITH LICENSE PLATE 8KCR028, VIN # 1GNALAEK5EZ129017

22                                                 2:20-SW-0084-EFB

23 IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 684-4627

27

28

1

| | | |
|---|---|---|
| 1 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 401-0383 | 2:20-SW-0085-EFB |
| 5 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-684-4627 | 2:20-SW-0087-EFB |
| 6 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-401-0383 | 2:20-SW-0088-EFB |
| 8 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | 2:20-SW-0153-CKD |
| 9 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | 2:20-SW-0154-CKD |
| 14 | A Grey Honda Accord, WITH LICENSE PLATE 7VNN215, VIN #1HGCR2F76HA006332 | 2:20-SW-0155-CKD |
| 16 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-0181-CKD |
| 17 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-0182-CKD |
| 21 | A WHITE CHEVY EQUINOX, WITH LICENSE PLATE 8KCR028, VIN # 1GNALAEK5EZ129017 | 2:20-SW-0202-AC |
| 23 | The person Vin GAINES SR | 2:20-SW-0986-JDP |
| 24 | 2444 Montclair Street Stockton, California | 2:20-SW-0987-JDP |
| 26 | 2015 silver Nissan Altima, with California license plate 7PLA458 | 2:20-SW-0988-JDP |

2

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

Dated: November 18, 2020

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE